**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

UNITED STATES OF AMERICA

v.                              NO.  4:07CR00235-001 SWW

MICHAEL JACKSON

ORDER

Defendant has filed a motion for reconsideration of the Court's order that he be detained pursuant to 18 U.S.C. §3143 following his plea of guilty to Count 2 of the indictment, which charges him with distribution of cocaine in violation of 21 U.S.C. §841(a)(1). He asserts that at the time he pled guilty he was employed and assisting in the support of his six minor children. Defendant states that he would agree to any set of conditions imposed by the Court that would allow him to work and support his children.

The standard of review for this detention order is found in 18 U.S.C. §3145(c) and permits the Court to order defendant's release "if it is clearly shown that there are exceptional reasons why [defendant's] detention would not be appropriate." The Court finds that the defendant has not clearly shown such exceptional reasons and finds that the motion should be, and hereby is denied.

IT IS SO ORDERED THIS 7TH DAY OF AUGUST, 2008.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE